Julian McMillan (SBN 241937)
McMillan Law Group
2751 Roosevelt Road Suite 204
San Diego CA 92106
P: (619) 795-9430
F: (619) 241-8291

Attorney for Debtors,
John Mark Rodriguez and
Jennifer Marie Rodriguez

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>John Mark Rodriguez and<br>Jennifer Marie Rodriguez,<br><br>Debtors. | Case No.: 17-05835-LT7<br><br>RS No. JCW-1<br><br>DEBTORS' STATEMENT OF NON OPPOSITION TO BANK OF AMERICA, N.A.'S MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>Honorable Laura S. Taylor |

### STATEMENT OF NON OPPOSITION

JOHN MARK RODRIGUEZ and JENNIFER MARIE RODRIGUEZ, the Debtors in the above entitled Chapter 7 Bankruptcy case (hereinafter referred to as "Debtors"), through their counsel of record, the McMillan Law Group, A Professional Corporation, hereby submits this statement of non opposition to Bank of America, N.A.'s Motion for Relief from Automatic Stay.

Debtors have decided to not oppose the Motion for Relief from Stay filed by Bank of America, N.A. and hereby submit this statement of non opposition. Debtors encourage the Creditor Bank of America, N.A. to foreclose on the real property located at 1374 Forest Lake Drive, Hinesville, GA 31313 located in Liberty County with great haste as to stop the amassing

- 2 -

HOA fees (if any), property taxes, and related water or maintenance costs that are currently being accumulated.

## CONCLUSION

Based on the above, Debtors respectfully submit this statement of non opposition to allow Bank of America, N.A. to foreclose upon the real property located at 1374 Lake Forest Drive, Hinesville GA 31313.

Dated: October 24, 2017

Submitted By: McMillan Law Group, APC

By: _____
Julian McMillan, Esq.
Attorney for Debtors