Julian McMillan (SBN 241937)
McMillan Law Group
2751 Roosevelt Road Suite 204
San Diego CA 92106
P: (619) 795-9430
F: (619) 241-8291

Attorney for Debtors,
John Mark Rodriguez and
Jennifer Marie Rodriguez

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>John Mark Rodriguez and<br>Jennifer Marie Rodriguez,<br><br>Debtors. | CASE NO.: 17-05835-LT7<br><br>DECLARATION REGARDING TAX RETURN |

We, John Mark Rodriguez and Jennifer Marie Rodriguez, declare as follows:

1. We declare under penalty of perjury that the following is true and correct to the best of our knowledge and if called upon to testify, we would and could so testify thereto.

2. We are the Debtors in the above captioned Chapter 7 case.

3. We did not file a 2016 tax return because our only source of income is from John Mark Rodriguez's disability pay through the Department of Veterans Affairs in the amount of approximately $3,197.16 per month, and therefore we are not required to file a tax return.

We declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 25th day of October, 2017, at San Diego, California.

_____
John Mark Rodriguez

_____
Jennifer Marie Rodriguez