CSD 1100 [12/01/16] (Page 1 of 3)
Name, Address, Telephone No. & I.D. No.

Julian McMillan (SBN 341937)
2751 Roosevelt Road, Suite 204
San Diego, CA 92106
PH: (619) 795-9430
FX: (619) 241-8291

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Jennifer Marie Rodriguez & John Mark Rodriguez

BANKRUPTCY NO. 17-05835-LT3

Debtor.

**AMENDMENT**

Presented are the original and one conformed copy of the following [Check one or more boxes as appropriate]:

- ☐ Voluntary Petition
- ☐ Attachment to Chapter 11 Voluntary Petition for Non-Individuals
- ☐ Exhibit C: Attachment to Voluntary Petition B 1
- ☐ Summary of Schedules (Includes Statistical Summary of Certain Liabilities)
- ☐ Summary of Your Assets and Liabilities and Certain Statistical Information
- ☐ Schedule of Real and/or Personal Property
- ☑ Schedule of Property Claimed Exempt for Individuals
- ☐ Creditors Holding Claims Secured by Property, Creditors Who Have Unsecured Priority and/or Non-priority Claims, and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
    - ☐ Adding or deleting creditors (electronic media), changing amounts owed or classification of debt - $31.00 fee required. See instructions on reverse side.
    - ☐ Correcting or deleting other information. See instructions on reverse side.
- ☐ Schedule of Executory Contracts & Expired Leases
- ☐ Schedule of Co-Debtor
- ☐ Income of Individual Debtor(s)
- ☐ Expenses of Individual Debtor(s)
- ☐ Expenses for Separate Household of Debtor 2
- ☐ Statement of Financial Affairs
- ☐ Chapter 7 Statement of Your Current Monthly Income
- ☐ Chapter 7 Statement of Exemption from Presumption of Abuse Under § 707(b)(2)
- ☐ Chapter 7 Means Test Calculation
- ☐ Chapter 11 Statement of Your Current Monthly Income
- ☐ Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period:
- ☐ Chapter 13 Calculation of Your Disposable Income
- ☐ Other:

Dated: 12/05/2017        Signature _____
                                          Attorney for Debtor

CSD 1100

CSD 1100 (Page 2 of 3) [12/01/16]

## DECLARATION OF DEBTOR

I [We]  Jennifer Marie Rodriguez  and  John Mark Rodriguez , the debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of ___ pages, and on the creditor matrix electronic media, if any, is true and correct to the best of my [our] information and belief.

Dated: 12/ 05 /2017

\*Debtor          \*Joint Debtor

\* If filed electronically, pursuant to LBR 5005-4(C), the original debtor signature(s) in a scanned format is required.

## INSTRUCTIONS

A.  Each amended page is to be in the same form as the original but is to contain **only the information to be changed or added**. Pages from the original document which are not affected by the change are not to be attached.
   1. Before each entry, specify the purpose of the amendment by inserting:
      a. "ADDED," if the information was missing from the previous document filed; or
      b. "CORRECTED," if the information modifies previously listed information; or
      c. "DELETED," if previously listed information is to be removed.
   2. At the bottom of each page, insert the word "AMENDED."
   3. Attach all pages to the cover page and, *if a Chapter 7, 11, or 12 case*, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee. *If a Chapter 13 case*, serve a copy on the trustee; DO NOT serve a copy on the United States Trustee.

B.  Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (electronic media required when Amendment submitted on paper) or if altering the status or amount of a claim.

**Amendments that fail to follow these instructions may be refused.**
**\*\*Amendments filed after the case is closed are not entitled to a refund of fees\*\***

## PROOF OF SERVICE

I, whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

I served a true copy of this **Amendment** on the following persons listed below via the following method(s):

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On  12/ 05 /2017 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☑  Chapter 7 Trustee:  Trustee Nancy Wolf

☑  For Chpt. 7, 11, & 12 cases:        ☐ For ODD numbered Chapter 13 cases:        ☐ For EVEN numbered Chapter 13 cases:
   UNITED STATES TRUSTEE             THOMAS H. BILLINGSLEA, JR., TRUSTEE           DAVID L. SKELTON, TRUSTEE
   ustp.region15@usdoj.gov           Billingslea@thb.coxatwork.com                 admin@ch13.sdcoxmail.com
                                                                                   dskelton13@ecf.epiqsystems.com

CSD 1100

CSD 1100 (Page 3 of 3) [12/01/16]

2. **Served by United States Mail or Overnight Mail:**

   On _____ , I served the following person(s) and/or entity(ies) at the last known address(es) In this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail via 1) first class, postage prepaid, 2) certified mail with receipt number or 3) overnight mail service, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission or Electronic Mail:**

   Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or electronic mail as follows:

   I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

   Executed on  12/05/2017
                  (Date)

   Dana Nassiri Park    /s/ Dana Nassiri Park
   (Typed Name and Signature)

   2751 Roosevelt Road, Suite 204
   (Address)

   San Diego, CA 92106
   (City, State, ZIP Code)

CSD 1100

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | John Mark Rodriguez | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Jennifer Marie Rodriguez | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF CALIFORNIA

Case number   17-05835
(if known)

☑ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt     4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☑ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2) CORRECTED

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Used household furniture including child bunk bed and adult bed, steel frame.**<br>Line from *Schedule A/B*: **6.1** | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) CORRECTED |
| **Religious books & literature.**<br>Line from *Schedule A/B*: **6.2** | $20.00 | ☑ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) CORRECTED |
| **Used clothing for 2 adults and 1 child.**<br>Line from *Schedule A/B*: **11.1** | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) CORRECTED |
| **2 wedding bands.**<br>Line from *Schedule A/B*: **12.1** | $600.00 | ☑ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) CORRECTED |
| **Pet dog**<br>Line from *Schedule A/B*: **13.1** | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) CORRECTED |

| Debtor 1 | John Mark Rodriguez | | | | |
|---|---|---|---|---|---|
| Debtor 2 | Jennifer Marie Rodriguez | | | Case number (if known) | 17-05835 |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Checking: U.S. Bank**<br>Line from Schedule A/B: **17.1** | $606.41 | ☑ $606.41<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5)<br>CORRECTED |
| **Residential Lease Deposit: Landlord**<br>Line from Schedule A/B: **22.1** | $2,800.00 | ☑ $2,800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5)<br>CORRECTED |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)
   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes